UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

LANCE ADAM GOLDMAN,

               Plaintiff,              Case No. 1:16-cv-1372

v.                                   Honorable Paul L. Maloney

CONSUMERS CREDIT UNION et al.,

               Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure

to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.


Dated:   April 20, 2017          /s/ Paul L. Maloney         
                                         Paul L. Maloney
                                         United States District Judge