UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

LANCE ADAM GOLDMAN,

        Plaintiff,                Case No. 1:16-cv-1372

v.                                        Honorable Paul L. Maloney

CONSUMERS CREDIT UNION et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE on grounds of immunity and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Dated: June 9, 2017                /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge